UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:08-cr-0128-KJD-PAL and<br>2:13-cr-007-GMN-GWF |
| vs. | |
| BENANCIO ROSALES, | **ORDER** |
| Defendant. | |

Based upon the above motion and good cause appearing,

IT IS THEREFORE ORDERED that case numbers 2:08-cr-0128-KJD-PAL and 2:13-cr-007-GMN-GWF be consolidated for sentencing consideration.

IT IS FURTHER ORDERED 2:08-cr-128-KJD-PAL is hereby reassigned to United States District Judge GLORIA M. NAVARRO. The case number and docket shall be changed to reflect the reassignment. The case number shall henceforth be 2:08-cr-0128-**GMN**-PAL.

DATED: January 10, 2013

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE